IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x
JOSEPH WHITE,                                   :
on behalf of Plaintiff and a class,             :
                                                :
             Plaintiff,                         :   1:21-cv-02379-WFK-PK
                                                :
     vs.                                        :
                                                :
ALLTRAN FINANCIAL, LP,                          :
                                                :
             Defendant.                         :
---------------------------------------------------------x

## STIPULATION TO DISMISS

Plaintiff Joseph White and Defendant Alltran Financial, LP pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's individual claims against Defendant Alltran Financial, LP with prejudice and without costs. Plaintiff Joseph White's class claims against Defendant Alltran Financial, LP are dismissed without prejudice and without costs.

Respectfully submitted,

s/ Heather Kolbus
Heather Kolbus
EDELMAN, COMBS, LATTURNER
     & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

Abraham Kleinman
KLEINMAN LLC
626 RXR Plaza
Uniondale, NY 11556
(516) 522-2621
(888) 522-1692 (FAX)

s/ Kirsten H. Smith (w/ consent)
Kirsten H. Smith
SESSIONS ISRAEL & SHARTLE, LLC
3850 N. Causeway Blvd., Suite 200
Metairie, LA 70002
(504) 846-7943

SO ORDERED.
s/ WFK
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: January 31, 2022
Brooklyn, New York